UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-2340-Reid (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Dror Svorai,
        Defendant(s).
_____/

## ORDER

THIS CAUSE came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 2/24/21

_____
**Lisette Marie Reid**
**UNITED STATES MAGISTRATE JUDGE**