# MINUTE ORDER

Page 3

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse – 9th Floor     Date: 2/24/21     Time: 2:00 p.m.

Defendant: Dror Svorai     J#: 18277-104     Case #: 21-2340-Reid (SEALED)
AUSA: Joshua Paster     Attorney: David Sobel – Limited appearance
Violation: Warr/Complaint/ND/Ohio/Agg/ID Theft; Consp/Wire Fraud; Wire Fraud     Surr/Arrest Date: 2/24/21     YOB: 1969

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft consented to proceed by VTC
- Case unsealed
- Deft advised of rights & charge
- Temp PTD
- Brady Warning given
- Atty Sobel will be filing a limited notice of appearance

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
(PTD)/Bond Hearing: 2/26   10:00   Duty   Miami
Prelim/Arraign or (Removal): 2/26
Status Conference RE:
D.A.R. 14:44:44     Time in Court: 10 minutes

s/Lisette Marie Reid     Magistrate Judge