UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-MJ-2340

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**DROR SVORAI,**

      Defendant,                              **NOTICE OF PERMANENT APPEARANCE**

_____/

      **NOTICE IS HEREBY GIVEN** that Robert G. Amsel, of the law firm of Ross Amsel Raben Nascimento, PLLC., enter permanent appearance as counsel for Defendant, Dror Svorai, in this cause for all proceedings in the Southern District of Florida.  This notice does not cover any proceedings in the Eleventh Circuit Court of Appeals or in any other collateral proceedings.  The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 1st day of March 2021 I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

Respectfully submitted,

ROSS AMSEL RABEN NASCIMENTO, PLLC.
2250 S.W. 3rd Avenue, 4th Floor
Miami, Florida 33129
Telephone: 305-858-9550
Fax: 305-858-7491
Email: bobamsel@crimlawfirm.com

By:    */s/ ROBERT G. AMSEL*
        ROBERT G. AMSEL
        FLORIDA BAR NO. 349690